UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DANIEL BOZIN, et al.,                                              :
:
               Plaintiffs,                                 :
:     20-cv-5070 (LJL)
   -v-                                                            :
:     <u>ORDER</u>
DELOITTE CONSULTING LLP,                                           :
:
               Defendant.                                  :
:
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022
```

LEWIS J. LIMAN, United States District Judge:

      By Order dated July 2, 2020, this case was consolidated into case number 1:20-cv-3962-LJL, *Culbertson v. Deloitte Consulting LLP*. Dkt. No. 24. In that Order, the Court directed that "[a]ll orders in *Culbertson* apply equally to this action." *Id*. *Culbertson* was closed on February 16, 2022 in connection with an Order granting an unopposed motion for final approval of a class action settlement. *See* 1:20-cv-3962-LJL, ECF No. 159. However, this member case remains open.

      In light of the closure of the lead case, it is hereby ORDERED that the Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: July 28, 2022
       New York, New York
                                                     LEWIS J. LIMAN
                                               United States District Judge